**Order entered December 5, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00226-CR

### MATTHEW JOSEPH ALLEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-80447-2016

## ORDER

Appellant's December 4, 2018 Motion to Extend Time to File Appellant's Motion for Rehearing and Motion for En Banc Reconsideration is **GRANTED** in part. Any motion for rehearing or reconsideration is **ORDERED** filed on or before December 19, 2018.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE